UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


VINCENT MURRAY

v.                                                      CA 10-355 ML

ASHBEL T. WALL


MEMORANDUM AND ORDER


This matter is before the court on Petitioner's objection to the Report and Recommendation

issued by Magistrate Judge Almond on February 25, 2011 (Docket #6). As an initial matter, the

Court notes that Petitioner's objection is filed out of time, thus constituting a waiver of Petitioner's

right to review by the District Court.

Additionally, notwithstanding, Petitioner's failure to timely file his objection, the Court,

having reviewed his submission, finds that he has failed to address the procedural deficiencies in

his petition that were identified in the Report and Recommendation, i.e., Plaintiff's claims remain

"unexhausted" and/or his petition is a "second or successive petition."

Accordingly, this Court adopts the Report and Recommendation in its entirety. The

petition is DISMISSED for failure to comply with Fed. R. Civ. P. 72(b) and pursuant to

28 U.S.C. § 2254(b)(1)(A) and 28 U.S. C. § 2244(b)(1).

Pursuant to Rule 11(a) of the Rules Governing § 2254 Proceedings in the United States

District Courts (§ 2254 Rules), this Court hereby finds that this case is not appropriate for the

issuance of a certificate of appealability (COA) because the Petitioner has failed to make a

substantial showing of the denial of a constitutional right as to any claim, as required by

28 U.S.C. § 2253(c)(2).

The Petitioner is advised that any motion to reconsider this ruling will not extend the time to file a notice of appeal in this matter. See § 2254 Rule 11(a).


SO ORDERED:


_____
Mary M. Lisi
Chief United States District Judge
April /5 , 2011